UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>        Petitioner,<br><br>V.<br><br>JOHN A. WITTENZELLNER,<br>        Respondent. | )<br>)<br>)<br>)<br>)   CIVIL ACTION No.Misc.<br>)<br>)<br>)<br>)   December 20, 2013 |

**PETITION TO ENFORCE**
**INTERNAL REVENUE SERVICE SUMMONS**

    The United States of America, by its attorney, Deirdre M. Daly, United States Attorney for the District of Connecticut, complains as follows:

    1.    This is a proceeding brought pursuant to the provisions of 26 U.S.C §§ 7402 (b) and 7604 (a) to judicially enforce an Internal Revenue Service summons;

    2.    Cynthia F. Murray is a Revenue Officer of the Internal Revenue Service, employed in the Small Business/Self Employed Division of the office the Area Director of Internal Revenue Service, 936 Silas Deane Highway, 2nd Floor, Wethersfield, CT 06109, and is authorized to issue an Internal Revenue Service summons pursuant to the authority contained in 26 U.S.C. § 7602 and Treas. Reg. § 301.7602-1, 26 C.F.R 301.7602-1;

    3.    Upon information and belief, the respondent, John A. Wittenzellner, resides or may be found at 2 Stafford Street, Stafford Springs, CT, 06076 within the jurisdiction of this Court.

    4.    Revenue Officer Murray is conducting an investigation of the tax liability of John A. Wittenzellner for the period(s) ending December 31, 2006, December 31, 2007 and December 31, 2008. See Declaration of Cynthia F. Murray, attached to this Petition as Exhibit A.

    5.    Upon information and belief, the respondent, John A. Wittenzellner, is in possession and control of testimony and documents that may be relevant to this investigation.

    6.    On July 18, 2013, an Internal Revenue Service summons was issued directing the respondent, John A. Wittenzellner, to appear before Revenue Officer Murray on July 31, 2013 at 2:15 PM at the office of the Internal Revenue Service, 936 Silas Deane Highway, 2nd Floor, Wethersfield, CT 06109, to testify and produce for examination books, papers, records or other data described in the summons. See Summons, attached as Exhibit B. An attested copy

of the summons was served to John A. Wittenzellner on July 19, 2013 at 10:00 AM by Revenue Officer Murray by leaving an attested copy of the summons at the last and usual place of abode of the person to whom it was direted. See Exhibits A and B.

7. The respondent failed to appear on July 31, 2013. The respondent's non-compliance with the summons continues to this date. See Exhibit A.

8. The books, papers, records or other data sought by the summons are not in the possession of the Internal Revenue Service. See Exhibit A.

9. All administrative steps required by the Internal Revenue Code for the issuance of a summons have been taken. See Exhibit A.

10. It is necessary to obtain the testimony and to examine the books, papers, records or other data to properly prepare a Collection Information Statement.

THEREFORE, the United States requests that:

1. This Court enter an order directing the respondent, John A. Wittenzellner, to show cause, if any, why he should not comply with and obey the summons and each and every requirement of the summons;

2. This Court enter an order directing the respondent, John A. Wittenzellner, to obey the summons and each and every requirement of the summons by ordering the attendance, testimony and production of the books, papers, records or other data before Revenue Officer Murray or any other proper officer or employee of the Internal Revenue Service, at such time and place as may be fixed by Revenue Officer Murray or any other proper officer or employee of the Internal Revenue Service;

3. The United States recover its costs in this action, and that

4. The Court grant such other and further relief as is just and proper.

Respectfully submitted,

Deirdre M. Daly
United States Attorney

Alan Marc Soloway, AUSA
UNITED STATES ATTORNEY'S OFFICE
157 CHURCH STREET-25TH FL.
NEW HAVEN, CT. 06510
(203) 821-3700
Fax: (203) 773-5373
Federal Bar #: ct01581
alan.soloway@usdoj.gov

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>        Petitioner,<br><br>        V.<br><br>JOHN A. WITTENZELLNER,<br>        Respondent. | )<br>)<br>)<br>)  CIVIL ACTION Misc. No.<br>)<br>)<br>)<br>) |

### DECLARATION OF REVENUE OFFICER

I, Cynthia F. Murray, declare:

1. I am a duly commissioned Revenue Officer employed in the Small Business/Self Employed Division of the Office of the Area Director of the Internal Revenue Service at 936 Silas Deane Highway, 2nd Floor, Wethersfield, CT 06109. I make this declaration based on personal knowledge or information provided to me in the course of my employment.

2. In my capacity as a Revenue Officer, I am conducting an investigation for collection of the tax liability of John A. Wittenzellner for the period(s) ending December 31, 2006, December 31, 2007 and December 31, 2008.

3. In furtherance of the above investigation and in accordance with 26 U.S.C. § 7602, I issued on July 18, 2013, an administrative summons to John A. Wittenzellner to give testimony and to produce documents as described in same summons. The summons is attached to the petition as Exhibit B.

4. In accordance with 26 U.S.C. § 7603, on July 19, 2013, I served an attested copy of the Internal Revenue Service summons described in paragraph 3 above on the respondent, John A. Wittenzellner, by leaving an attested copy of the summons at the last and usual place of abode of the person to whom it was direted, as evident in the certificate of service on the reverse side of the summons.

5. On July 31, 2013, John A. Wittenzellner failed to comply with the summons. The respondent's refusal to comply with the summons continues to the date of this Declaration.

6. The books, papers, records or other data sought by the summons are not already in the possession of the Internal Revenue Service.

7. All administrative steps required by the Internal Revenue Code for issuance of a summons have been taken.

8. It is necessary to obtain the testimony and to examine the books, papers, records or other data sought by the summons in order to complete a Collection Information Statement concerning the federal tax liability of John A. Wittenzellner for the period(s) ending December 31, 2006, December 31, 2007 and December 31, 2008.

9. No Justice Department referral, as defined by 26 U.S.C. § 7602(d)(2), is in effect with respect to John A. Wittenzellner for the years under investigation.

I declare under the penalty of perjury that the foregoing is true and correct.

Executed this __17th__ day of __September__, 2013.

Cynthia F. Murray
Revenue Officer 1000669343



# Summons

## Collection Information Statement

**In the matter of** JOHN A WITTENZELLNER, 2 STAFFORD ST, STAFFORD SPGS, CT 06076-4317
**Internal Revenue Service** *(Identify Division)* SMALL BUSINESS/SELF EMPLOYED
**Industry/Area** *(Identify by number or name)* SB/SE AREA 1 (21)
**Periods:** Form 1040 for the calendar periods ending December 31, 2006, December 31, 2007 and December 31, 2008

**The Commissioner of Internal Revenue**

**To:** JOHN A WITTENZELLNER
**At:** 2 STAFFORD ST,  STAFFORD SPGS, CT  06076-4317

You are hereby summoned and required to appear before CYNTHIA F MURRAY, an Internal Revenue Service *(IRS)* officer, to give testimony and to bring for examination the following information related to the collection of the tax liability of the person identified above for the periods shown:

All documents and records you possess or control regarding assets, liabilities, or accounts held in the taxpayer's name or for the taxpayer's benefit which the taxpayer wholly or partially owns, or in which the taxpayer has a security interest. These records and documents include but are not limited to: all bank statements, checkbooks, canceled checks, saving account passbooks, records or certificates of deposit for the period:

From 07/01/2012  To 06/30/2013

Also include all current vehicle registration certificates, deeds or contracts regarding real property, stocks and bonds, accounts, notes and judgments receivable, and all life or health insurance policies.

IRS will use this information to prepare a Collection Information Statement. We have attached a blank statement to guide you in producing the necessary documents and records.

**Do not write in this space**

Business address and telephone number of IRS officer before whom you are to appear:

936 SILAS DEANE HIGHWAY, 2ND FLOOR, WETHERSFIELD  CT  06109  (860) 571-4456

Place and time for appearance: At 936 SILAS DEANE HIGHWAY, 2ND FLOOR, WETHERSFIELD, CT  06109

on the  31st  day of  July , 2013  at  2:15  o'clock p m.

Issued under authority of the Internal Revenue Code this 18th  day of July           , 2013

**IRS**
Department of the Treasury
Internal Revenue Service
www.irs.gov
Form 6637 (Rev.10-2010)
Catalog Number 25000Q

*Cynthia F Murray*
CYNTHIA F MURRAY
Signature of issuing officer

REVENUE OFFICER
Title

Signature of approving officer *(if applicable)*

Title

Original -- to be kept by IRS



# Certificate of Service of Summons

(Pursuant to section 7603, Internal Revenue Code)

I certify that I served the summons shown on the front of this form on:

| Date | Time |
|---|---|
| 7·19·13 | 10:00 |

**How Summons Was Served**

☐ I handed an attested copy of the summons to the person to whom it was directed.

☑ I left an attested copy of the summons at the last and usual place of abode of the person to whom it was directed. I left the copy with the following person *(if any)*.

attached to front door

| Signature | Title |
|---|---|
| Cynthia F Murray | Revenue Officer |

I certify that the copy of the summons served contained the required certification.

| Signature | Title |
|---|---|
| Cynthia F Murray | Revenue Officer |

Catalog No. 25000Q

Form **6637** (Rev. 10-2010)

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>　　　　　Petitioner,<br><br>　　V.<br><br>JOHN A. WITTENZELLNER,<br>　　　　　Respondent. | )<br>)<br>)<br>)　CIVIL ACTION No. Misc.<br>)<br>)<br>)<br>) |

### ORDER TO SHOW CAUSE

　　Upon the Petition, the Exhibit(s) attached thereto, including the Declaration of Cynthia F. Murray, Revenue Officer of the Internal Revenue Service, and upon the motion of Deirdre M. Daly, United States Attorney for the District of Connecticut, it is

　　ORDERED that the respondent appear before the District Court of the United States for the District of Connecticut presided over by the undersigned on the _____ day of _____, 201___, at _____ __M, to show cause why he should not be compelled to obey the Internal Revenue Service Summons served upon him on July 19, 2013. It is further

　　ORDERED that a copy of this Order, together with the petition and exhibits thereto, including the declaration, be served by the United States Marshal's Service or otherwise in accordance with Rule 4(C)(2) Federal Rules of Civil Procedure upon John A. Wittenzellner on or before _____, 201___.
It is further

　　ORDERED that within five days of service of copies of this Order, the petition, exhibits and declaration upon John A. Wittenzellner, the respondent shall file and serve a written response to the petition supported by appropriate affidavit as well as any motions the respondent desires to make. All motions and issues raised by the respondent will be considered upon the return date of the Order. Only those issues raised by motion or brought into controversy by the responsive pleading and supported by affidavit will be considered at the return of this Order and any uncontested allegations in the petition will be considered as admitted. It is further,

　　ORDERED that if the respondent, John A. Wittenzellner, has no objections to compliance with the summons issued him, he may, at least three (3) business days prior

to the hearing scheduled above, notify attorney for the District of Connecticut, of the fact and he will not be required to appear as ordered above.

DATED at _____, Connecticut on this \_\_\_\_ day of

_____, 201\_\_\_.

_____
UNITED STATES MAGISTRATE JUDGE/
UNITED STATES DISTRICT JUDGE